# MAZIE SLATER KATZ & FREEMAN, LLC

COUNSELLORS AT LAW

103 Eisenhower Parkway
Roseland, NJ 07068
(973) 228-9898
Fax (973) 228-0303
www.mskf.net

David A. Mazie*†
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman

\* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney

† Certified as a Civil Trial Specialist
  by the National Board of
  Trial Advocacy

Writer's Direct Dial: 973-228-0151

Counsel
Beth G. Baldinger°

Matthew R. Mendelsohn°
John D. Gagnon°
Karen G. Kelsen°
Cheryll A. Calderon
Andrew S. Riso°

° Member of N.J. & N.Y. Bars

November 9, 2011

**VIA ECF**
Clerk of the Court
United States District Court
50 Walnut Street
Newark, New Jersey  07102

      Re:    North Jersey Brain & Spine Center v. Blue Cross Blue Shield of Maryland
             Civil Acton No.:  11-6360 (SRC) (MAS)

Dear Sir/Madam:

      Pursuant to Local Rule 7.1(d)(5), plaintiff North Jersey Brain & Spine Center requests an adjournment and automatic extension of the return date for the motion to dismiss filed by defendant.

      The current return date for the motion is December 5, 2011.  The new return date for the motion will be December 19, 2011.

      Thank you for your attention to this matter.

                                        Very truly yours,

                                        ERIC D. KATZ

EDK/av
cc:    All Counsel