# MAZIE SLATER KATZ & FREEMAN, LLC

COUNSELLORS AT LAW

103 Eisenhower Parkway
Roseland, NJ 07068
(973) 228-9898
Fax (973) 228-0303
www.mskf.net

David A. Mazie*†
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman

\* Certified by the Supreme Court of
  New Jersey as a Civil Trial Attorney

† Certified as a Civil Trial Specialist
  by the National Board of
  Trial Advocacy

Counsel
Beth G. Baldinger°

Matthew R. Mendelsohn°
John D. Gagnon°
Karen G. Kelsen°
Cheryll A. Calderon
Andrew S. Riso°

° Member of N.J. & N.Y. Bars

December 20, 2011

**VIA ECF**
Honorable Stanley R. Chesler, U.S.D.J.
United States District Court
U.S. Post & Courthouse
Federal Square & Walnut Street
Room 417
P.O. Box 999
Newark, New Jersey 07101

Re:  North Jersey Brain & Spine Center v. Blue Cross Blue Shield of Maryland
     Civil Action No.: 11-6360(SRC)(MAS)

Dear Judge Chesler:

I write on behalf of the parties to respectfully request that defendant's pending motion to dismiss, currently returnable January 3, 2012, be carried for one (1) additional cycle to January 17, 2012, to enable the parties to continue settlement discussions with the goal of fully resolving the pending matter. Due to the holidays and the need to address matters with several parties, it is not likely that a final settlement is possible until after the New Year. Defendant has no objection to this request.

Thank you.

Respectfully,

/s/ Eric D. Katz

ERIC D. KATZ

EDK/av
cc:   All counsel (via ECF)

H:\EDK\Comp Neuro\BCBS-Maryland-Hoyer\Chesler ltr 12-20-11.doc